# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

SYNGENTA SEEDS, INC. AND
SYNGENTA PARTICIPATIONS AG                    **PLAINTIFFS**

VS.                           **NO. 5:03CV221 JMM**

STUTTGART SEED COMPANY, INC., ET AL.          **DEFENDANTS**

## ORDER

Plaintiffs Syngenta Seeds, Inc. and Syngenta Participations, AG filed a Motion to Dismiss

Appeal. The Notice of Appeal was filed in this Court on June 27, 2005. Pursuant to Fed. R.

App. P. 42(a), the Eighth Circuit Court of Appeals has not docketed the appeal, and Plaintiffs'

motion states that all parties have been given notice. Therefore, the Plaintiffs' motion to dismiss

appeal is granted (#119).

**IT IS SO ORDERED this 11th day of July, 2005.**

James M. Moody
**James M. Moody**
**United States District Judge**